IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL U. ARIWODO, <br> (#A-29-400-627), <br><br> Plaintiff, <br><br> v. <br><br> SHARON HUDSON, <br><br> Defendant. | § § § § § § § § § § § | <br><br><br><br><br> CIVIL ACTION NO. H-06-1907 |

## ORDER

The plaintiff, Michael U. Ariwodo (#A-29-400-627), seeks a writ of mandamus to compel officials with the United States Citizenship and Immigration Service ("USCIS") to adjudicate a pending visa petition and application for adjustment of status. The defendant has filed a motion to dismiss, to which Ariwodo has filed a reply. The Court has also received a pleading from Ariwodo's wife, Scholastica Ariwodo, which purports to be a response to a Notice of Intent to Deny Visa Petition issued recently by the USCIS. (Doc. # 10). The response is addressed to the District Director of USCIS, and not this Court. The response filed by Mrs. Ariwodo is not properly filed in this pending mandamus action and should instead be filed with USCIS for their consideration.

Therefore, the Clerk is **ORDERED** to **STRIKE** the response (Doc. # 10) from the record and to return a copy to Mrs. Ariwodo so that she can file it in the correct forum.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **September 25, 2006.**

_____
Nancy F. Atlas
United States District Judge